**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT CHARLOTTE**

| | |
|---|---|
| IN RE:  **Mohammad Hosseini**<br>**Debtor.** | **CASE NO.: 17-31053**<br><br>**Chapter: 13** |

# NOTICE OF HEARING

Notice is hereby given that:

A hearing will be held on **9/12/17** at **10:00 AM**, in United States Bankruptcy Court, 401 W. Trade Street, Courtroom 1-5, Charlotte, NC 28202, on the following:

**MOTION TO WITHDRAW AS ATTORNEY**

If you do not want the Court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the Court may decide that you do no oppose the relief sought in the Motion.

Comes now, Frederick Hoethke, Diana Saffa and Saffa Law Group, PLLC, attorneys for the Debtor, and would respectfully request that they be allowed to withdraw as counsel of record in this case due to irreconcilable differences which have arisen between Frederick Hoethke, Diana Saffa and Saffa Law Group and the Debtor(s) in this case.

RESPECTFULLY SUBMITTED BY:

| | | |
|---|---|---|
| DATED: August 14, 2017 | BY: | /s/ FREDERICK W. HOETHKE, ESQ. 48423<br>Attorney for Debtor<br>Providence Park<br>10710 Sikes Place, Suite 180<br>Charlotte, NC 28277<br>(704) 246-8203<br>**rick@saffalawgroup.com** |

# CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and exact copy of the foregoing **Motion to Withdraw** has been forwarded to the following by US Mail, and/or Electronic Case Filing:

| | |
|---|---|
| Chapter **13** Trustee<br>Warren L. Tadlock, Esq. | Bankruptcy Administrator (ECF) |
| All creditors (See attached list) | |
| | /s/ FREDERICK W. HOETHKE, ESQ. 48423<br>Attorney at Law |
| Dated: August 14, 2017 | |