Local Form 4A                                                                                                                June 2015

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

IN THE MATTER OF:                          )
                                           )
Mohammad Hosseini                          )
                                           )
                                           )
Debtor(s)                                  )        Case Number: 17-31053
                                           )

## AMENDMENT TO:

**CHAPTER 13 PLAN, INCLUDING NOTICE OF MOTION(S) FOR VALUATION;
MOTION(S) TO AVOID CERTAIN LIENS; MOTION(S) FOR ASSUMPTION AND
REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND NOTICE OF
OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN INCLUDING ALL MATTERS AS
SET FORTH IN THE PLAN,
FOR CASES FILED ON OR AFTER JUNE 1, 2015**

Check for motions applicable to this plan amendment:

( ) Motion to Value Liens Includes Valuation of Property Securing A Claim
( x ) Motion to Value Liens Includes Valuation of Property Securing A Claim in an Amount Less
       than the Amount of the Claim
( ) Motion to Avoid Liens § 522(f)
( ) Motion to Assume Executory Contracts(s) and Unexpired Leases
( ) Motion to Reject Executory Contract(s) and Unexpired Leases
( ) No motions applicable to this plan amendment

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

1. a. The plan proposes to pay $2300.00 per month for 60 months (est. payout to unsecureds __%) OR
      for 1% payout to unsecureds.

### CLASSIFICATION AND TREATMENT OF CLAIMS

2.   **Secured Claims**

     a.   Treatment of Secured Claims [using treatment terms shown in ¶ 4a of the Plan attached]:

| Creditor | Collateral | Value of Coll. | Claim Amt. | Treatment | Int. Rate (numeric) |
|---|---|---|---|---|---|
| BB&T | 2215 West Blvd. Charlotte, NC 28206 | $80,000.00 | $198186.50 | As valued | 6% |

TAKE NOTICE: Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the proposed plan of the debtor or debtors ("Debtor") as amended, including any of the motions included in the amended plan, or if you want the Court to consider your views on these matters, then you or your attorney must file with the Court a written objection to confirmation and request for hearing on confirmation at the following addresses:

Cases filed in the **Charlotte, Shelby, or Wilkesboro** Divisions:

Clerk, U.S. Bankruptcy Court, 401 West Trade St., Room 111, Charlotte, N.C. 28202

Cases filed in the **Asheville or Bryson City** Divisions:

Clerk, U.S. Bankruptcy Court, Room 112, 100 Otis Street, Asheville, N.C. 28801

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 14 days following the conclusion of the § 341 meeting of creditors, or within 14 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 Trustee will be served electronically. If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing. No hearing will be held unless an objection to confirmation is filed.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended, including any motions contained in the amended plan, and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in the Amendment to Chapter 13 Plan, including Notice of Motion(s) for Valuation; Motion(s) to Avoid Certain Liens; and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Leases; are true and correct as to all matters set forth herein.

Dated 8/17/2017                                    _____
                                                   Debtor's Signature

Dated _____                      _____
                                                   Debtor's Signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

Dated 8/17/17                                      _____
                                                   Attorney for the Debtor

[Attach Certificate of Service if Served on Creditor(s)]

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| IN RE: **Mohammad Hosseini** | **Chapter: 13** |
|---|---|
| Debtor(s). | **CASE NO.: 17-31053** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing **Amended Chapter 13 plan (FORM 4a)** has been forwarded to the following by US Mail, and/or Electronic Case Filing:

Chapter 13 Trustee
Warren L. Tadlock, Esq.
5970 Fairview Road
Ste. 650
Charlotte, NC 28210
(ECF)

Bankruptcy Administrator (ECF)

All creditors (see attached matrix)

DATED: August 3, 2017        BY:    /s/ FREDERICK W. HOETHKE, ESQ. 48423
FREDERICK W. HOETHKE, ESQ. 48423
#
SAFFA LAW GROUP, PLLC
Attorney for Debtor
Providence Park
10710 Sikes Place, Suite 180
Charlotte, NC 28277
(704) 246-8203
rick@saffalawgroup.com

| | | |
|---|---|---|
| Mohammad Hosseini<br>4000 Waterford Dr.<br>Charlotte, NC 28226 | BB&T<br>PO Box 1847<br>Wilson, NC 27894 | Mecklenburg County Sheriff's Offic<br>700 E. 4th Street<br>attn: Corporal K.F. Williams<br>704 432-1676 (fax)<br>Charlotte, NC 28202 |
| FREDERICK W. HOETHKE, ESQ.<br>SAFFA LAW GROUP, PLLC<br>Providence Park<br>10710 Sikes Place, Suite 180<br>Charlotte, NC 28277 | Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Mecklenburg County Superior Cour<br>832 E. 4th Street Suite 3600<br>Charlotte, NC 28202 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998 | Credit Control Services<br>725 Canton St.<br>Norwood, MA 02062 | Michael Emrey, Esq.<br>Shapiro & Ingle<br>10130 Perimeter Parkway, Ste 400<br>memrey@logs.com<br>Charlotte, NC 28216 |
| AOL Solutions, Inc.<br>1836 Center Park Drive<br>Charlotte, NC 28217 | Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Multipoint, Inc.<br>1836 Center Park Drive<br>Charlotte, NC 28217 |
| Ashley Edwards, Esq.<br>Parker Poe Adams & Bernstein LLP<br>401 South Tryon Street, Suite 3000<br>Charlotte, NC 28202 | First Data Global<br>4620 Woodland Corporate<br>Tampa, FL 33614 | North Carolina Department of Rev<br>PO Box 25000<br>Raleigh, NC 27640 |
| Bank of America<br>POB 982238<br>El Paso, TX 79998 | Habib Taghehchian<br>Unknown | Novant Health<br>PO Box 602584<br>Charlotte, NC 28260 |
| Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Helen Babu<br>6067 Bluebird Hill Ln<br>Matthews, NC 28104 | Southeastern Lines Inc.<br>3845 Shopton Rd<br>Charlotte, NC 28217 |
| Barclays Bank<br>PO Box 8803<br>Wilmington, DE 19899 | IC System Inc.<br>PO Box 64378<br>Saint Paul, MN 55164 | SYNCB/Pay Pal<br>PO Box 965005<br>Orlando, FL 32896 |
| BB&T<br>c/o Ashley Edwards, Esq.<br>Fax: 704.334.4706<br>401 S. Tryon St Ste. 3000<br>Charlotte, NC 28202 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Tanya Monge Taghehchian<br>11233 Stonebriar Dr<br>Charlotte, NC 28277 |

U.S. Attorney's Office
227 West Trade St.
Ste. 1650
Charlotte, NC 28202


Verizon Wireless
PO Box 650051
Dallas, TX 75265


Wilson County Superior Court
115 Nash St E
Wilson, NC 27893