**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**IN RE:**

| | |
|---|---|
| **MOHAMMAD HOSSEINI** | **CASE NO. 17-31053** |
| **DEBTOR(S)** | **CHAPTER 13** |

**REQUEST TO RECALENDAR OBJECTION TO CONFIRMATION**

Bank of America, N.A. filed an Objection to Confirmation of the Debtor's Plan on July 13, 2017 (docket no. 13). The Debtor was previously represented by counsel and the parties agreed in principle to the terms of a Consent Order on or about August 6, 2017. The parties disclosed to the Court that a Consent Order was circulating, and the matter was taken off the Court's calendar. Before the Consent Order could be entered, the Debtor's counsel withdrew from representation (See Order, docket no. 26), and now the Debtor is *pro se*.

Bank of America, N.A. respectfully requests to re-calendar this matter for October 24, 2017, at 9:30 AM so that it may be heard.

**TAKE NOTICE** that a hearing will be held on this Objection on:

| LOCATION | DATE AND TIME |
|---|---|
| US Court House-1st floor<br>401 West Trade Street<br>Charlotte, NC 28202 | October 24, 2017<br>9:30 AM |

This the 26th day of September, 2017.

*/s/ Michael Jay Emrey*
Michael Jay Emrey, Attorney for Creditor, Bar # 49187
memrey@logs.com |704-831-2315
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Jonathan Davis
jodavis@logs.com | 704-831-2392
Electronic Service Notifications: ncbkmail@shapiro-ingle.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**IN RE:**

| | |
|---|---|
| **MOHAMMAD HOSSEINI** | **CASE NO. 17-31053** |
| **DEBTOR(S)** | **CHAPTER 13** |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Mohammad Hosseini
4000 Waterford Dr
Charlotte, NC 28226
(Served via U.S. Mail and Electronic Notification)

Warren L. Tadlock
5970 Fairview Road, Suite 650
Charlotte, NC 28210

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

This day, September 26, 2017.

*/s/ Michael Jay Emrey*
Michael Jay Emrey, Attorney for Creditor, Bar # 49187
memrey@logs.com |704-831-2315
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Jonathan Davis
jodavis@logs.com | 704-831-2392
Electronic Service Notifications: ncbkmail@shapiro-ingle.com