<div style="border:1px solid black; padding:8px; display:inline-block;">
FILED & JUDGMENT ENTERED
Steven T. Salata

October 27 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina
</div>

_Laura T. Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**IN RE:**

| | |
|---|---|
| **MOHAMMAD HOSSEINI** | **CASE NO. 17-31053** |
| **DEBTOR(S)** | **CHAPTER 13** |

## ORDER SUSTAINING OBJECTION TO CONFIRMATION OF PLAN

**THIS MATTER** came to be heard on October 24, 2017, before the Honorable Laura T. Beyer, United States Bankruptcy Judge for the Western District of North Carolina, upon the Objection to Confirmation of Bank of America, N.A.

Based upon information presented at hearing, **IT IS HEREBY ORDERED** that the Objection to Confirmation filed by Bank of America, N.A. is **SUSTAINED.**

**This Order has been signed electronically.**            **United States Bankruptcy Court**
**The judge's signature and court's seal**
**appear at the top of the Order.**